IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

ENERGY DEVELOPMENT CORP.,

    Plaintiff,

v.                     CIVIL ACTION NO. 1:11-00542

JOHN S. EVANS,

    Defendant.


**MEMORANDUM OPINION AND ORDER**

On September 22, 2011, defendant filed a letter in response to the Clerk's Entry of Default, entered in this matter on September 14, 2011. (Doc. # 9). Given that the letter asks the Clerk to "please void the entry that has been made to allow me time to properly take care of this issue," the court will construe the letter response as a motion to set aside the Clerk's Entry of Default. Accordingly, a hearing on that motion is hereby **SCHEDULED** for Monday, November 21, 2011, at 1:30 p.m., in Bluefield.

The Clerk is directed to send copies of this Memorandum Opinion and Order to all counsel of record and unrepresented parties.

IT IS SO **ORDERED** this the 31st day of October, 2011.

ENTER:

David A. Faber
Senior United States District Judge